IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANITA VIJAY AND JAI VIJAY,<br><br>Debtor.<br><br>WELLS FARGO BANK, N.A.,<br><br>Garnishee. | No. 2:23-mc-0233 TLN DB<br><br>**ORDER TERMINATING<br>WRIT OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 2:20-cr-0010-TLN |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

1.　　Pursuant to 28 U.S.C. § 3205, the Writ of Garnishment issued on June 16, 2023, is hereby TERMINATED; and

///

///

///

    2.    The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: June 27, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/USvVijay0233.term.garn.ord